UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELBERT BONNER,

        Petitioner,        Case Number 04-10254
                                              Honorable David M. Lawson

v.

DOUGLAS VASBINDER,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered on this date,

It is **ORDERED AND ADJUDGED** that judgment is entered for the respondent and against the petitioner. The petition is **DISMISSED WITH PREJUDICE**.

                                    s/David M. Lawson
                                    DAVID M. LAWSON
                                    United States District Judge

Dated: December 4, 2006

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 4, 2006.

                            s/Felicia M. Moses
                            FELICIA M. MOSES